U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TONY B. GILLET | CIVIL ACTION NO. 07-cv-0999 |
| VERSUS | JUDGE WALTER |
| RAY ANDERSON, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 17) is **denied**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 24) is **granted** and Plaintiff's complaint **dismissed with prejudice** to its refiling in forma pauperis.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3 day of August, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE